# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Niemeyer, Paul V. | 2. Court or Organization<br><br>Court of Appeals - Fourth Circuit | 3. Date of Report<br><br>05/07/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination. Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>910 United States Courthouse<br>101 West Lombard Street<br>Baltimore, Maryland 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner with L.A. Noonberg | Ownership of ▓▓▓▓▓ for personal use |
| 2. Visiting Instructor - Fall Semester | Duke University Law School, Durham, North Carolina |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | See Part VIII (1-4) |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 14 A 11:28 DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Niemeyer, Paul V. | 05/07/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Entire yr. | LexisNexis Matthew Bender, Albany, New York | $3,549.00 |
| 2. Fall | Duke University, Durham, North Carolina | $4,500.00 |
| 3. Entire yr. | ISI Books, Wilmington, Delaware | $16.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University Law School | 11/16 - 11/19 | Durham, North Carolina | Teaching | Some food and lodging |
| 2. | Wake Forest Law School | 11/19 - 11/21 | Winstom-Salem, North Carolina | Moot Court | Food and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Niemeyer, Paul V. | 05/07/2010 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Niemeyer, Paul V. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Keogh Account – Bank of Oklahoma | | | | | | | | | |
| 1A. DLA Piper Balanced | A | Int./ Div. | | | Sold (part) | 1/9 | M | | |
| | | | | | Sold | 3/24 | J | | |
| 2. T. Rowe Price Prime Reserve | A | Int. | J | T | Buy | 6/4 | M | | |
| | | | | | Sold (part) | 7/28 | M | | |
| | | | | | Sold (part) | 9/9 | L | | |
| 3. Ray Road Assoc. (Tax shelter) | B | Rent | J | W | (See comment 5, Part VIII) | | | | |
| 4. P&M Investors 1985 (Tax shelter) | E | Rent | J | W | (See comment 5, Part VIII) | | | | |
| 5. Merck Corp. Stock | A | Div. | J | T | | | | | |
| 6. T. Rowe Price Spectrum Growth | D | Div. | M | T | (Includes last year's #14) | | | | |
| 7. Timken Co. Stock | A | Div. | J | T | | | | | |
| 8. Northwestern Mut. Policy 877 | C | Div. | L | T | | | | | |
| 9. Northwestern Mut. Policy 939 | C | Div. | K | T | | | | | |
| 10. Mass. Mut. whole life policy | B | Div. | K | T | | | | | |
| 11. T. Rowe Price Summit Cash Res. | A | Int. | J | T | Buy | 1/15 | M | | |
| | | | | | Buy | 3/30 | J | | |
| | | | | | Sold (part) | 6/4 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Niemeyer, Paul V. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identy of buyer/seller (if private transaction) |
| | | | | | Sold (part) | 10/30 | L | | |
| 12. T. Rowe Price Cap. Apprec. | D | Div. | M | T | | | | | |
| 13. T. Rowe Price New Income | D | Div. | M | T | | | | | |
| 14. T. Rowe Price Spectrum Income | C | Div. | L | T | Sold (part) | 1/14 | K | | |
| 15. Vanguard Prime Money Market | A | Int. | L | T | Buy | 1/13 | L | | |
| | | | | | Buy | 3/31 | J | | |
| 16. Vanguard Wellesldy | D | Div. | M | T | | | | | |
| 17. Vanguard Wellington | B | Div. | L | T | | | | | |
| 18. Vanguard Total Stock Index | B | Div. | L | T | | | | | |
| 19. Legg Mason Value Trust | A | Div. | M | T | Buy | 1/15 | K | | |
| | | | | | Buy | 3/31 | J | | |
| | | | | | Sold (part) | 9/17 | L | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Niemeyer, Paul V. | 05/07/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part II. DLA Piper Profit Sharing and 401(k) Savings Plan, Bank of Oklahoma, Tulsa, Oklahoma --

   Retirement account remained in part in plan of DLA Piper (former law firm), managed by Bank of Oklahoma. Other than selecting funds in which to place retirement monies, I had no decision-making authority in investments.

2. Part II. 1984, now with LexisNexis Matthew Bender, Albany, New York --

   Royalty agreement wioth co-author Linda M. Schuett on sale of book.

3. Part II. 2006, ISI ooks, Wilmington, Delaware --

   Royalty agreement on sale of book.

4. Part II. Duke University, Durham, North Carolina --

   Paid to teach appellate advocacy course.

5. Part VII. These tax shelter are believed to have economic value, but I have a negative capital position in them, and their value cannot be known until the properties are sold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544